UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FRANCINE LEWIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, Acting Commissioner of ) <br> Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:21-CV-111-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 18], DENIES defendant's motion for judgment on the pleadings [D.E. 21], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on May 24, 2022, and Copies To:**
Derrick Kyle Arrowood                              (via CM/ECF electronic notification)
Mark J. Goldenberg                                 (via CM/ECF electronic notification)

DATE:                                              PETER A. MOORE, JR., CLERK
May 24, 2022                              (By) /s/ Nicole Sellers
                                                       Deputy Clerk