UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FRANCINE LEWIS, )<br>)<br>          Plaintiff, )<br>)<br>   v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>          Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:21-CV-111-D-RJ** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, Derrick K. Arrowood, the sum of $10,068.75 sent to his. office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $7,000.00 and upon the payment of such sums, this case is dismissed with prejudice.

**This Judgment Filed and Entered on February 24, 2023, and Copies To:**
Mark J. Goldenberg                                                (via CM/ECF electronic notification)
Cassia W. Parson                                                      (via CM/ECF electronic notification)

DATE:                                            PETER A. MOORE, JR., CLERK
February 24, 2023                         (By) /s/ Nicole Sellers
                                                     Deputy Clerk